# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

## NO. 03-13-00190-CV

**Mindy Hamilton, Appellant**

**v.**

**Brooke Bell, Appellee**

## APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## DISMISSED ON APPELLEE'S MOTION

This is an appeal from the final judgment signed by the trial court on December 17, 2012. The appellee Brooke Bell has filed a motion to dismiss the appeal for lack of jurisdiction, and having reviewed the record, it appears that the Court lacks jurisdiction over this case and that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.